# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Twain E. Robinson

(Full Name of Plaintiff or Plaintiffs)

vs

City of Kenosha
Kenosha Police Dept.
Kenosha Professional
Police Association

(Full Name of Defendant or Defendants)

'06 SEP 29 A11 :31

No. **06-C-1022**
(Supplied by Clerk)

## COMPLAINT

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☐ YES  ☑ NO

   B. Have you begun other lawsuits in state or federal court?
      ☐ YES  ☑ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

Begin statement of claim: ① Was fired from my position as a Police officer. Was accused of Excessive force. I felt it was based on my Race because I filed several complaints with the department in reference to descrimination and Racism. ② Was warned I would be next to be fired because I refused to agree to be a confidential Informant when the Police Department was harassing another African American Officer. ③ When I discovered a derelection of duty on the part of the Detective Bureau that resulted in the Homocide death of a woman, I reported it to my shift commander. The administration, as was told to me by a Detective, issued an arrest warrant for the accused killer after he had committed Suicide so they could, in case of an inquiry, state they had been searching for the subject when in fact they had not. I was again warned to watch my back for blowing the whistle.
④ My lawyer, assigned by the Kenosha Police

## STATEMENT OF CLAIM CONTINUED

Association did not properly represent me during my Police and Fire Commission hearing which led to my termination. Nor did he represent me properly during my appeal to circuit court which was denied.

(2a) I had just returned from being recalled to active duty after 9/11. Upon my return to work I was solicited by Detectives and Internal Affairs to assist in their attempts to "Destroy" another officer. When I refused they included me in their investigation. When I asked Internal Affairs why I was being investigated, was told by the Captain, what did I think was going to happen when I refused.

(3a) When I discovered the Derelection of Duty and reported it, I witnessed a call-in which included, Detective Supervisors, Internal Affairs, Chief of Police and an Assistant District Attorney.

STATEMENT OF CLAIM CONTINUED

The aforementioned Administrators came to the Detective Bureau at approx. 8:00 p.m. to discuss how they were going to handle the situation. I was then approached by my Shift Commander, Captain Fulmer and another Supervisor, Seargent Fonk who both tried to convince me not to make a "big deal" of it because "These things happen". Approx. (1) week later the Detective that was assigned the case approached me outside in the parking lot and told me that they were able to issue a warrant for the suspect after he committed suicide to cover themselves, (the city) from liability. He then told me to watch my back because I blew the whistle.
was Terminated September 2005.

END STATEMENT OF CLAIM

Civil Rights Complaint
Pro Se Form
Page 8

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

1. Reinstatement to my Position as Police Officer with back Pay (+) interest to clear the Discharge from my work history. I will then seek employment elsewhere.
2. Two years pay for pain and suffering.
3. Recommendation for new Position

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this  27  day of  Sep. , 2006 .

_____
(Signature of Plaintiff(s))

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Twain Robinson<br>1525 24th Street<br>Kenosha, WI 53140 | From: | Milwaukee Area Office - 443<br>310 West Wisconsin Ave<br>Suite 800<br>Milwaukee, WI 53203 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 260-2005-06408 | **Monica Loser,**<br>**Federal Investigator** | 414-297-1111 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe,
Director

JUL 21 2006
*(Date Mailed)*

Enclosure(s)

cc: **Office of the City Attorney**
Attn: Matthew Knight
Municipal Building
625-52nd Street
Kenosha, WI 53140