___

TWAIN ROBINSON,

      Plaintiff,

v.                                   Case No. 06-C-1022

CITY OF KENOSHA,
KENOSHA POLICE DEPARTMENT, and
KENOSHA PROFESSIONAL POLICE
ASSOCIATION,

      Defendants.

___

**DEFENDANTS CITY OF KENOSHA AND KENOSHA POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT**

___

TO:     Mr. Twain E. Robinson, Pro Se Plaintiff
          1525 - 24th Street
          Kenosha, WI 53140

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants City of Kenosha and the Kenosha Police Department, by their attorneys, Gunta & Reak, S.C., move for summary judgment dismissing all claims asserted in Plaintiff's Complaint against them.

This motion is supported by the following:

1. Defendants City of Kenosha and the Kenosha Police Department's Memorandum in Support of Motion for Summary Judgment;

2. Defendants City of Kenosha and the Kenosha Police Department's Proposed Findings of Fact in Support of Their Motion for Summary Judgment;

3. Affidavit of Police Captain Randall P. Berner, along with Exhibits; and

4. Affidavit of Ann C. Wirth in Support of Defendants City of Kenosha and Kenosha Police Department's Motion for Summary Judgment, along with Exhibits.

A copy of Rule 56 of the Federal Rules of Civil Procedure is attached to this motion, as is a copy of the Procedure To Be Followed On Motions For Summary Judgment.

-1-

Dated at Milwaukee, Wisconsin, this 14th day of February, 2008.

        GUNTA & REAK, S.C.
        Attorneys for Defendant, City of Kenosha and
        the Kenosha Police Department

By: /s/ Kevin P. Reak
     Kevin P. Reak, State Bar No. 1004316
     Ann C. Wirth, State Bar No. 1002469
     John A. Wolfgang, State Bar No. 1045325
     219 North Milwaukee Street, Fifth Floor
     Milwaukee, Wisconsin 53202
     Telephone: (414) 291-7979
     Facsimile: (414) 291-7960
     E-mail: kpr@gunta-reak.com
     E-mail: acwirth@wi.rr.com
     E-mail: jaw@gunta-reak.com