

CASE NO: 05-036694
DATE: 03-19-05

# KENOSHA POLICE DEPARTMENT

## CITIZEN COMPLAINT FORM

1. Complainant's Name: Washington (Last) Caleb (First) C. (Middle)
2. Address: 1419 Avenue (Street) N. Chicago (City) IL (State) 60064 (Zip)
3. Phone No.: (847) 578-1805
4. Date of Birth: 02-10-75
5. Employer: Waukegan Public School System
6. Business Phone No.: Unknown
7. Work Hours: 7-2
8. Complaint Referred To: _____
9. Incident Date and Time: 03-19-05  1518 Hrs.
10. Incident Location: 5210 Sheridan Rd. (Wendy's Restaurant)
11. Name, Badge No. and Rank of Accused Officer(s), if known, or Description:
    Officer T. Robinson #372
12. Witness to Incident:
    (a) Name: Officer Michael Madsen #464 (Last) (First) (Middle)
    Address: 1000 55th (Street) (City) (State) (Zip)
    Phone No.: _____  Business Phone: _____

**ACKNOWLEDGEMENT:** I acknowledge that I have read the information on the reverse side of this form and that the information and statement I have provided in regards to my citizen complaint is true and correct.

Complainant Signature  3/19/2005  Date   Witness Signature  3-19-05  Date

EXHIBIT
WIRTH AFF.
EX. 1

DISTRIBUTION: Original – Internal Affairs/ Yellow – Shift Commander        1

Case 2:06-cv-01022-CNC   Filed 02/14/08   Page 1 of 3   Document 42-2



DATE: 03-19-05

# KENOSHA POLICE DEPARTMENT
## CITIZEN COMPLAINT INFORMATION SHEET

1. Name: __Washington__ (Last)  __Caleb__ (First)  __C.__ (Middle)

2. Address: __1619 Argonne Dr.__ (Street)  __North Chicago__ (City)  __IL.__ (State)  __60064__ (Zip)

3. Phone No.: __(847) 578-1805__    4. Business Phone No.: __Unknown__

5. Referred To: __Internal Affairs Division__

The **KENOSHA POLICE DEPARTMENT** has a continuing obligation of service to the public. One aspect of this obligation is to provide all citizens with a readily available process in which they can have confidence that any complaint they have regarding Police action or inaction will be given fair and swift attention.

### Complaint Procedure:

If you wish to make a complaint against an officer of the Kenosha Police Department you should complete and sign a Citizen Complaint Form. Once the Kenosha Police Department has received the Citizen Complaint Form an investigation will be initiated.

Investigation of a complaint filed on the Citizen Complaint Form will be completed as soon as practicable. However, the resolution of the complaint will depend on the depth of investigation or availability of involved persons. Upon completion of the investigation the complainant will be provided a written disposition from the Chief or his designee.

If the complaint is not resolved to the satisfaction of the complainant, the complainant may either request a meeting with the Chief of Police to discuss the matter or file a written request for a hearing on the complaint with the Board of Police and Fire Commissioners. This request must be filed with the Chairperson of the Board of Police and Fire Commissioners within thirty (30) days of receiving written notification from the Chief regarding disposition of the complaint.

The Board of Police and Fire Commissioners shall review all investigatory reports of the incident and any supporting or conflicting documentation and in its discretion either schedule a formal hearing before the Board or place the complaint on file.

### Board of Police and Fire Commissioners:

Pursuant to Section 62.13(5) of the Wisconsin Statutes you may, as an alternative, file your complaint directly with the Board of Police and Fire Commissioners.

Unless the complaint is against the Chief, a complaint filed with the Board will be referred to the Chief for informal resolution. If the complaint is not resolved by the Chief to the satisfaction of the complainant, the complainant may request a formal hearing before the Board of Police and Fire Commissioners provided that he or she shall file a written request with the Chairperson of the Board within (30) days of written notification from the Chief regarding his disposition of the complaint.

Filing a complaint on Department's Citizen Complaint Form will be considered as a voluntary waiver by the complainant of his or her right to file a complaint directly with the Board of Police and Fire Commissioners.

### False Complaints:

Wisconsin State Statue 946.66 False Complaints of Police Misconduct, provides for the arrest of any person who knowingly makes a false complaint regarding the conduct of a law enforcement officer. A person violating that statute is subject to a Class "A" forfeiture (Arrest).

City of Kenosha Municipal Ordinance 11.02Q adopts this statute and provides for forfeiture from $407.00 to $653.00.

## 13. Complaint Procedure:

If you wish to make a complaint against an officer of the Kenosha Police Department you should complete and sign a Citizen Complaint Form. Once the Kenosha Police Department has received the Citizen Complaint Form, an investigation will be initiated.

Investigation of a complaint filed on the Department's Citizen Complaint Form will be completed as soon as possible. However, much depends on the depth of investigation and/or the availability of involved persons. Upon completion of the investigation the complainant will be provided a written disposition from the Chief or his designee.

If the complaint is not resolved to the satisfaction of the complainant, the complainant may either request a meeting with the Chief of Police to discuss the matter or file a written request for a hearing on the complaint with the Board of Police and Fire Commissioners. This request must be filed with the Chairperson of the Board of Police and Fire Commissioners within thirty (30) days of receiving written notification from the Chief regarding disposition of the complaint.

The Board of Police and Fire Commissioners shall review all investigatory reports of the incident and any supporting or conflicting documentation and in its discretion either schedule a formal hearing before the Board or place the complaint on file.

## 14. Board of Police and Fire Commissioners:

Pursuant to Section 62.13(5) of the Wisconsin Statutes, you may, as an alternative, file your complaint directly with the Board of Police and Fire Commissioners.

Unless the complaint is against the Chief, a complaint filed with the Board will be referred to the Chief for informal resolution. If the complaint is not resolved by the Chief to the satisfaction of the complainant, the complainant may request a formal hearing before the Board of Police and Fire Commissioners provided that he or she shall file a written request with the President of the Board within (30) days of written notification from the Chief regarding his disposition of the complaint.

Filing a complaint on Department's Citizen Complaint Form will be considered as a voluntary waiver by the complainant of his or her right to file a complaint directly with the Board of Police and Fire Commissioners.

## 15. False Complaints:

Wisconsin State Statue 946.66 states, "Whoever knowingly makes a FALSE complaint regarding the conduct of a Law Enforcement Officer is subject to a Class "A" forfeiture (Arrest).

This Statute has been adopted by the Kenosha Municipal Ordinance 11.02Q with fines from $407.00 to $653.00.