# United States District Court

## EASTERN DISTRICT OF WISCONSIN

TWAIN E. ROBINSON,

                    **JUDGMENT IN A CIVIL CASE**

         Plaintiff,

        v.                         Case No. 06-C-1022

CITY OF KENOSHA,
KENOSHA POLICE DEPARTMENT,
KENOSHA PROFESSIONAL
POLICE ASSOCIATION,

         Defendants.

---

This action came before the court, the issues have been decided and a decision has been rendered.  Now, therefore,

IT IS ORDERED AND ADJUDGED that this case is dismissed.

APPROVED:      s/ C. N. CLEVERT, JR.
                     C. N. CLEVERT, JR.
                     U. S. District Judge

                                    JON W. SANFILIPPO
                                    Clerk

             8/27/08
        Date                            s/C. Fehrenbach
                                    (By) Deputy Clerk